STATE OF NEW JERSEY, EX REL. ANTLERS REALTY COMPANY, A CORPORATION, RELATOR, v. JOHN SCOTT, BUILDING INSPECTOR OF THE CITY OF EAST ORANGE, AND THE CITY OF EAST ORANGE, RESPONDENTS.

Submitted October 15, 1926—Decided May 21, 1927.

**Zoning—Stores and Apartments in Restricted Territory—Case Within Rule in Nutley Case.**

On application for *mandamus.*

Before Justices KALISCH, KATZENBACH and LLOYD.

For the relator, *Edward R. McGlynn.*

For the respondents, *Walter C. Ellis.*

PER CURIAM.

The alternative writ of *mandamus* issued in this case at the instance of the relator requires the respondents, the city of East Orange, and its building inspector, to show cause why a permit should not be given to the relator to erect a building containing stores on the first floor and dwelling apartments on the second.

The return to the writ exhibits that the construction will be in contravention of a zoning ordinance of the city which prohibits such construction in the section of the city in which the relator seeks to build and upon this the respondents ask that the writ be dismissed.

As we view the facts of this case they do not differ essentially from the facts in the case of *State* v. *Nutley,* 99 *N. J. L.* 389, in which a like response to an application for a writ of *mandamus* was held insufficient.

A peremptory writ of *mandamus* will therefore be awarded.